IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0578-KD-C |
| GRANTT CULLIVER, | : |
| Defendants. | : |

## ORDER

This action is before the Court on the "Objection to Magistrate Judge's order denying plaintiff's motion for discovery and additional time to respond to defendant's answer and special report and motion for summary judgment dated November 17, 2010" (doc. 39). Williams argues that the Magistrate Judge abused his discretion by denying these motions.[1]

The Local Rules for the Southern District of Alabama set forth the scope of review of a Magistrate Judge's decision and state that the "district judge shall modify, set aside, or remand to the magistrate judge any nondispositive order or portion thereof found to be clearly erroneous or contrary to law." S.D.Ala. LR 72.3(e). Upon consideration of Williams' objections and the order at issue, the Court finds that the Magistrate Judge's decision is neither "clearly erroneous" nor "contrary to law." (doc. 37).

Accordingly, Williams' objection, which this Court has addressed as an appeal of the Magistrate Judge's decision, is **DENIED** and the Magistrate Judge's decision is **AFFIRMED.**

**DONE** this the 23rd day of March, 2011.

                                                        **s/ Kristi K. DuBose**
                                                        **KRISTI K. DuBOSE**
                                                        **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that the Magistrate Judge denied Williams' request for additional time to respond to the motion for summary judgment, but allowed Williams' additional time to respond to the Report and Recommendation addressing the motion for summary judgment.