**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

BILLY WILLIAMS, AIS 256314,        :

    Plaintiff,                   :

vs.                          :          CA 09-0578-KD-C

GRANTT CULLIVER,               :

    Defendant.

## ORDER

Based upon the final rulings by United State District Judge Kristi DuBose respecting the report and recommendation (Doc. 47) and other motions filed by Williams (*see* Docs. 48-49), plaintiff's writ of mandamus (Doc. 45) is now deemed **MOOT**. In accordance with Judge DuBose's order entered on March 23, 2011 (Doc. 47), Williams is to submit to the undersigned not later than **April 30, 2011** "**five (5) interrogatories** for the limited purpose of obtaining discovery which may lead to the identity of the unknown male CERT officer." (*Id*. at 4-5.) The undersigned, in accordance with the foregoing order, will then "review the interrogatories to determine whether to allow the interrogatories to be served upon the State of Alabama, Department of Corrections." (*Id*. at 5.)

    **DONE** and **ORDERED** this the 23rd day of March, 2011.

                     s/WILLIAM E. CASSADY
                    **UNITED STATES MAGISTRATE JUDGE**