# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BILLY WILLIAMS, AIS 256314,** | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 09-0578-KD-C |
| **GRANTT CULLIVER,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to Billy Williams' motion for leave to appeal *in forma pauperis*, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **CERTIFIED** that this appeal is not taken in good faith in that the plaintiff has failed to show that he has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals. Therefore, Williams' motion for leave to appeal *in forma pauperis* (Doc. 63) is **DENIED**.

**DONE** this the 6th day of June, 2011.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE