IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS, | : |
| Plaintiff, | : |
| vs. | :   Civil Action No. 09-0578-KD-C |
| GRANTT CULLIVER, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 9, 2012 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that plaintiff's claims against the defendants are dismissed with prejudice.

It is further **ORDERED** that plaintiff's claims are dismissed because he did not comply with this Court's orders. Specifically, plaintiff was ordered to advise this Court immediately of a change in address and warned that dismissal of his action may result from failure to follow this Court's orders (doc. 5, 18, 32, 84). Williams provided the Court with a change of address from Bullock Correctional Facility to an apartment in Birmingham, Alabama (doc. 82). The report and recommendation was mailed to the address in Birmingham as provided by plaintiff and was returned marked: "Return to

Sender" "Not Deliverable as Addressed" and "Unable to Forward".  Therefore, it appears that plaintiff has failed to obey this Court's order to immediately provide a change in address.

**DONE** this 4th day of June, 2012.

s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
