IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BILLY WILLIAMS,** : | |
| Plaintiff, : | |
| vs. : | **Civil Action No. 09-0578-KD-C** |
| **GRANTT CULLIVER,** : | |
| Defendant. : | |

## JUDGMENT

In accordance with the order entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's orders.

**DONE** this 4th day of June, 2012.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE